IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) ) ) Case No. 09-CR-097-C |
| RICHARD K. WILLIAMS, a/k/a "Farmer60," | ) ) ) |
| Defendants. | ) ) |

ORDER OF FORFEITURE

Upon application of the United States of America, and review of the entire file in this case, the Court hereby finds:

1. The Stipulated Settlement Agreement is incorporated herein by reference and attached to this Order of Forfeiture.

2. The United States of America agrees to return a HP Laptop Computer, Model: Pavilion zv5000 with Power Cord, Ser No: CND42202WL, to Judith Williams.

3. Judith Williams agrees to forfeit to the government all right, title, and interest in a Dell CPU, Model: Dimension 4550, Ser No: 96P4V211 Hitachi 60GB Hard Drive, Model: IC35L060AVV20, Ser No: VNVB02G2CBBBET; a HP CPU, Model: Pavilion A1230N, Ser No: CNH54112SH1 Maxtor 200GB Hard Drive, Model: 6L200MO SATA, Ser No: L40QYKAG; a D-Link Wireless Broadband Router, Ser No: BN2853A0501761; Lexar 256MB Compact Flash Card; miscellaneous DVDs, CDs, floppy diskettes, and cases, as property used in violation of 18 U.S.C. § 2252(a)(1).

4. The United States Marshal for the Western District of Wisconsin is directed to:

a. return a HP Laptop Computer, Model: Pavilion zv5000 with Power Cord, Ser No: CND42202WL, to Judith Williams, and

b. dispose of a Dell CPU, Model: Dimension 4550, Ser No: 96P4V211 Hitachi 60GB Hard Drive, Model: IC35L060AVV20, Ser No: VNVB02G2CBBBET; a HP CPU, Model: Pavilion A1230N, Ser No: CNH54112SH1 Maxtor 200GB Hard Drive, Model: 6L200MO SATA, Ser No: L40QYKAG; a D-Link Wireless Broadband Router, Ser No: BN2853A0501761; Lexar 256MB Compact Flash Card; miscellaneous DVDs, CDs, floppy diskettes, and cases, in accordance with federal law.

ORDERED this _2d_ day of April 2010.

_Barbara B. Crabb_
BARBARA B. CRABB
Chief United States District Court Judge